

FILED by KS D.C.
Mar 2, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20076-CR-SCOLA/GOODMAN

18 U.S.C. § 1029(a)(4)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

RICARDO DIAZ BORREGO,

      **Defendant.**
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Possession of Access Device-Making Equipment
### (18 U.S.C. § 1029(a)(4))

On or about December 3, 2021, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**RICARDO DIAZ BORREGO,**

did knowingly, and with intent to defraud, traffic in, have custody and control of, and possess device-making equipment, that is, a point-of-sale credit card skimming device, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4) and 2.

### COUNT 2
### Possession of Access Device-Making Equipment
### (18 U.S.C. § 1029(a)(4))

On or about February 10, 2022, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**RICARDO DIAZ BORREGO,**

did knowingly, and with intent to defraud, traffic in, have custody and control of, and possess device-making equipment, that is, a point-of-sale credit card skimming device, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RICARDO DIAZ BORREGO**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant shall forfeit to the United States: (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such offense, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

[SPACE INTENTIONALLY LEFT BLANK]

A TRUE BILL

_____
FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

MARX P. CALDERÓN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RICARDO DIAZ BORREGO,

          Defendant.         /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)    [ ] Yes    [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No)  Yes
   List language and/or dialect _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [✓]
   - II   6 to 10 days   [ ]
   - III   11 to 20 days   [ ]
   - IV   21 to 60 days   [ ]
   - V   61 days and over   [ ]

   (Check only one)
   - Petty   [ ]
   - Minor   [ ]
   - Misdemeanor   [ ]
   - Felony   [✓]

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

                                    *Marx P. Calderón*
                                    Marx P. Calderón
                                    Assistant United States Attorney
                                    Court ID No.      A5502700

*Penalty Sheet(s) attached                                                              REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** RICARDO DIAZ BORREGO

**Case No:** _____

Count #: 1

Possession of Access Device-Making Equipment

18 U.S.C. § 1029(a)(4)

\* **Max. Penalty**: 15 years' imprisonment

Count #: 2

Possession of Access Device-Making Equipment

18 U.S.C. § 1029(a)(4)

\* **Max. Penalty**: 15 years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**